ORDERED.

**Dated: May 31, 2018**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:    3-18-bk-17

IN RE:    TERRENCE T. BRANDON
HOPE L. BRANDON
Debtor(s)

### ORDER GRANTING MOTION TO VALUE SECURED CLAIM 3 - 1

### OF CRESCENT BANK & TRUST

Upon consideration of the Motion to Value Secured Claim 3 - 1 secured by 2015 KIA, Acct.# 7272, VIN # 5XYKT4A61FG654082, Respondent has not filed a written response pursuant to Local Rule 2002-4, it is

**ORDERED:**

1. The Motion to Value Secured Claim 3 - 1 is granted pursuant to 11 U. S. C. §506(a).

2. The value of the secured claim is $14,325.

D. C. Higginbotham, Esquire is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Copies furnished to:
D. C. Higginbotham, Debtor's Attorney

Trustee, Douglas W. Neway
Crescent Bank & Trust